MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LANDMEN PARTNERS INC., Individually and On Behalf of All Others Similarly Situated,

   Plaintiffs,

v.

THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,

   Defendants.

Civil Action No. 08 CV 3601 (GM)

TIMOTHY McADAM, Individually and On Behalf of All Others Similarly Situated,

   Plaintiffs,

v.

THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,

   Defendants.

Civil Action No. 08 CV 3838

DAVID W. JAKEMAN, Individually and On Behalf of All Others Similarly Situated,

   Plaintiffs,

v.

THE BLACKSTONE GROUP L.P., STEPHEN A. SCHWARZMAN and MICHAEL A. PUGLISI,

   Defendants.

Civil Action No. 08 CV 04064

*Handwritten memo endorsement:*

5/13/2008 — The court will not so order this stipulation. The court will conference the case and set its own schedule for all these dates. The schedule will not be nearly as generous as you might wish. Conference is set for June 18th, 2008 @ 10:30 a.m.

[signature]

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/13/08

```
DAVID B. GALCHUTT, Individually and On      :   Civil Action No. 08 CV 4110
Behalf of All Others Similarly Situated,    :
                                            :
                             Plaintiffs,    :
                                            :
            v.                              :   STIPULATION AND
                                            :   [PROPOSED] ORDER EXTENDING
THE BLACKSTONE GROUP L.P.,                  :   TIME TO RESPOND TO COMPLAINTS
STEPHEN A. SCHWARZMAN and                   :
MICHAEL A. PUGLISI,                         :
                                            :
                             Defendants.    :
--------------------------------------------x
```

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. The time for all Defendants to respond or move against the complaints in the above-captioned actions is extended until after the Court appoints lead plaintiff and plaintiffs counsel and a Consolidated Amended Complaint is filed.

2. Forty-five (45) days after entry of the order appointing lead plaintiff, lead plaintiff will file a Consolidated Amended Complaint.

3. Forty-five (45) days after the Consolidated Amended Complaint is filed, Defendants will either answer the Consolidated Amended Complaint or move to dismiss the Consolidated Amended Complaint.

4. If any or all of Defendants move to dismiss the Consolidated Amended Complaint, lead plaintiff will file within forty-five (45) days papers opposing such motion(s). Defendants will then have thirty (30) days to reply to such opposition(s).

5. Nothing in this stipulation constitutes a waiver of any rights, remedies or defenses, including, without limitation, lack of personal jurisdiction, with the sole

exception that Defendants agree to waive the defense of insufficient process. Assuming service (which will not be contested) was valid, the original dates for Defendants to reply were as follows: Landmen Partners, Inc., May 13, 2008. A request for waiver of service of process has been received in connection with the David W. Jakeman complaint. The complaints of Timothy McAdam and David B. Galchutt have not yet been served. The parties have submitted no prior requests for extension and request this extension in order to allow the appointment of lead plaintiff and the filing of a consolidated complaint.

Dated:   New York, New York
         May 12, 2008

                    COUGHLIN STOIA GELLER
                    RUDMAN & ROBBINS LLP

BY: /s/ David A. Rosenfeld
     Samuel H. Rudman
     srudman@csgrr.com
     David A. Rosenfeld
     drosenfeld@csgrr.com
     58 South Service Road, Suite 200
     Melville, NY 11747
     Telephone:  (631) 367-7100
     Facsimile:  (631) 367-1173

ABRAHAM FRUCHTER AND
TWERSKY LLP
Jack Fruchter
One Penn Plaza, 47th Fl.
New York, NY 10119
Telephone:  (212) 279-5050

*Attorneys for Landmen Partners, Inc.*

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

BY: _____
      Samuel H. Rudman
        srudman@csgrr.com
      David A. Rosenfeld
        drosenfeld@csgrr.com
58 South Service Road, Suite 200
Melville, NY 11747
Telephone:   (631) 367-7100
Facsimile:    (631) 367-1173

HOLZER HOLZER & FISTEL, LLC
Michael I. Fistel Jr.
1117 Perimiter Center West, Suite E-107
Atlanta, GA 30338
Telephone:   (770) 392-0090
Facsimile:    (770) 392-0029

DYER & BERENS LLP
Robert J. Dyer III
Jeffrey A. Berens
682 Grant Street
Denver, CO 80203
Telephone:   (303) 861-1764
Facsimile:    (303) 395-0393

*Attorneys for Timothy McAdam*

STULL, STULL & BRODY

BY: _____*Aaron Brody /jmy*_____
Jules Brody
  *ssbny@aol.com*
Aaron Brody
  *ssbny@aol.com*
6 East 45th Street
New York, NY 10017
Telephone:  (212) 687-7230
Facsimile:   (212) 490-2022

WEISS & LURIE
Joseph H. Weiss
551 Fifth Avenue
New York, NY 10176
Telephone:  (212) 682-3025
Facsimile:   (212) 682-3010

*Attorneys for David W. Jakeman*

SHALOV STONE BONNER & ROCCO LLP

BY: _____*Ralph M. Stone /jmy*_____
Ralph M. Stone
  *rstone@lawssb.com*
Thomas G. Ciarlone
  *tciarlone@lawssb.com*
485 Seventh Avenue, Suite 1000
New York, NY 10018
Telephone:  (212) 239-4340
Facsimile:   (212) 239-4310

SPECTOR ROSEMAN & KODROFF, P.C.
Robert M. Roseman
  *rroseman@srk-law.com*
David Felderman
  *dfelderman@srk-law.com*
1818 Market Street
Suite 2500
Philadelphia, PA 19103
Telephone:  (215) 496-0300
Facsimile:   (215) 496-6611

*Attorneys for David B. Galchutt*

SIMPSON THACHER & BARTLETT LLP

BY: _____
Bruce D. Angiolillo (BA-0271)
*bangiolillo@stblaw.com*
Jonathan K. Youngwood (JY-2234)
*jyoungwood@stblaw.com*
Paul J. Sirkis (PS-7516)
*psirkis@stblaw.com*
425 Lexington Avenue
New York, New York 10017-3954
Telephone:  (212) 455-2000
Facsimile:   (212) 455-2502

*Attorneys for The Blackstone Group, L.P., Stephen A. Schwarzman and Michael A. Puglisi*

IT IS SO ORDERED:

DATED: _____

_____
THE HONORABLE COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE